*Kimmel and Silverman, P.C.*

**All Time for Selected File:**

**Cassagne v. Weltman Weinberg & Reis**

Matter Id : 10-00590

| Today's Date: | 9/18/2011 | Client Id : 10-00262 | | | |
|---|---|---|---|---|---|
| Date | Timekeeper | Task & Description | Time | Rate | Amount |
| Oct 15, 2010 | Amy L. Bennecoff | Review client questionnaire re: case against WWR (0.4); Interview with client to discuss case (0.8); Prepare memo to file regarding interview (0.3); Discuss with JR and request he prepare a factual summary for Amicus (0.2) | 1.7 | $300.00 | $510.00 |
| Oct 15, 2010 | Jason Ryan | Open new matter in Amicus (0.2); Discuss case with ALB (0.2); Create a factual summary of case for Amicus (0.4) | 0.8 | $155.00 | $124.00 |
| May 4, 2010 | Amy L. Bennecoff | Email SY and request she prepare a complaint for this matter | 0.1 | $300.00 | $30.00 |
| May 4, 2011 | Sarah Young | Email from ALB re: preparing complaint (0.1); Review file (0.7); Discussion with client regarding facts of case (0.5); Research (0.4); Draft complaint (1.6) | 3.3 | $300.00 | $990.00 |
| May 13, 20112 | Amy L. Bennecoff | Review and revise complaint (0.3); Confirm facts with client (0.1); Prepare summons (0.1); Prepare cover sheet (0.1); Efile complaint (0.1); Receipt of Email from Court confirming payment for complaint received (0.1) | 0.8 | $300.00 | $240.00 |
| May 17, 2011 | Amy L. Bennecoff | Filing Fee | | | $350.00 |
| May 17, 2011 | Amy L. Bennecoff | Email from ECF re: complaint filed; saved date stamped copy to Amicus | 0.1 | $300.00 | $30.00 |
| May 17, 2011 | Amy L. Bennecoff | Email from ECF re: summons issued; saved date stamped copy to Amicus | 0.1 | $300.00 | $30.00 |
| May 17, 2011 | Amy L. Bennecoff | Email from ECF re: case referred to arbitration; saved email to Amicus | 0.1 | $300.00 | $30.00 |
| May 20, 2011 | Christy L. Sunchych | Prepare letter for service of complaint (0.1); Prepare waiver of service (0.1); Prepare notice of lawsuit (0.1); Prepare copies of complaint, notice, and waiver for service (0.1); Update Amicus (0.1) | 0.5 | $165.00 | $82.50 |
| May 25, 2011 | Amy L. Bennecoff | Review and sign letter and request for waiver to be sent out for service | 0.1 | $300.00 | $30.00 |
| May 26, 2011 | Christy L. Sunchych | Prepare copies of signed letter and waiver for file; Send waiver, notice, and letter to Defendant | 0.2 | $165.00 | $33.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jun 15, 2011 | Dawn N Grob | Receipt & review Waiver, saved to Amicus, efiled same, updated calendar as to Answer due date | 0.2 | $165.00 | $33.00 |
| Jun 15, 2011 | Amy L. Bennecoff | Email from ECF re: waiver of service | 0.1 | $300.00 | $30.00 |
| Jul 25, 2011 | Dawn N Grob | Received & reviewed Answer to Complaint & Corporate Disclosure forms; copied to Amicus | 0.2 | $165.00 | $33.00 |
| Jul 25, 2011 | Amy L. Bennecoff | Email from ECF with Answer; Review Answer | 0.3 | $300.00 | $90.00 |
| Jul 25, 2011 | Amy L. Bennecoff | Email from ECF with corporate disclosure; Review corporate disclosure | 0.2 | $300.00 | $60.00 |
| Jul 27, 2011 | Dawn N Grob | Received efiled Initial Scheduling Order, copied to Amicus & calendared events | 0.2 | $165.00 | $33.00 |
| Jul 27, 2011 | Amy L. Bennecoff | Email from ECF with scheduling order; Review order | 0.2 | $300.00 | $60.00 |
| Jul 28, 2011 | Amy L. Bennecoff | Email to DG re: Rule 16 conference | 0.1 | $300.00 | $30.00 |
| Jul 28, 2011 | Dawn N Grob | Review email from ALB re: Rule 16 conference | 0.1 | $165.00 | $16.50 |
| Jul 28, 2011 | Amy L. Bennecoff | Email to DF re: preparing discovery requests, the Joint Discovery Plan and Initial Disclosures for my review | 0.1 | $300.00 | $30.00 |
| Jul 28, 2011 | Doher Ferris | Review email from ALB re: preparing discovery, JDP and Rule 26 disclosures | 0.1 | $180.00 | $18.00 |
| Jul 28, 2011 | Amy L. Bennecoff | Email to DG requesting she add Mr. McCulley's information to Amicus as Def's counsel | 0.1 | $300.00 | $30.00 |
| Jul 28, 2011 | Dawn N Grob | Email from ALB re: info for Defendant's counsel in Amicus; Updated Amicus | 0.1 | $165.00 | $16.50 |
| Jul 29, 2011 | Doher Ferris | Draft Interrogatories (0.2); Draft Production Requests (0.2); Review File and Draft Initial Disclosures (0.3); Draft Joint Discovery Plan (0.3); Draft Deposition Notice to Defendant (0.2); Emails to ALB with Same (0.1) | 1.3 | $180.00 | $234.00 |
| Jul 29, 2011 | Amy L. Bennecoff | Review email from DF Re: discovery materials he prepared (0.1); Review Interrogatories, Production Requests and Deposition Notice drafted by DF, Revise (0.3); Email M.McCulley with discovery requests for Defendant (0.1); Email DG requesting she mail out hard copies to Defendant's counsel (0.1) | 0.6 | $300.00 | $180.00 |
| Jul 29, 2011 | Amy L. Bennecoff | Review email from DF re: Rule 26 disclosures (0.1); Review, revise and PDF same (0.1); Email to M. McCulley with Rule 26 Disclosures (0.1) | 0.3 | $300.00 | $90.00 |
| Aug 1, 2011 | Dawn N Grob | Call to Defendant's counsel re: Rule 16; Email to ALB re: same | 0.2 | $165.00 | $33.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Aug 1, 2011 | Amy L. Bennecoff | Review email from DG re: conference via telephone, waiting to hear back from Defendant's counsel | 0.1 | $300.00 | $30.00 |
| Aug 1, 2011 | Amy L. Bennecoff | Review email from DG re: information for Defendant's counsel added to Amicus | 0.1 | $300.00 | $30.00 |
| Aug 1, 2011 | Dawn N Grob | Letter to OPC w/ hard copy of Interrogatories, Req. To Produce & Dep Notice (0.2); copied to Amicus & calendared relevant events (0.1) | 0.3 | $165.00 | $49.50 |
| Aug 3, 2011 | Amy L. Bennecoff | Review and revise Joint Discovery Plan (0.2); Send to M.McCulley (0.1) | 0.3 | $300.00 | $90.00 |
| Aug 4, 2011 | Craig Thor Kimmel | Email from M. Williamson requesting I contact him to discuss case (0.1); Email to ALB re: same (0.1) | 0.2 | $425.00 | $85.00 |
| Aug 4, 2011 | Amy L. Bennecoff | Email from CTK forwarding email from M.Williamson (0.1); Email to CTK with status (0.2) | 0.3 | $300.00 | $90.00 |
| Aug 5, 2011 | Dawn N Grob | Scheduled Court reporter for deposition of Defendant's representative | 0.2 | $165.00 | $33.00 |
| Aug 5, 2011 | Amy L. Bennecoff | Review email from DG to Court Reporter re: deposition of Defendant's representative | 0.1 | $300.00 | $30.00 |
| Aug 5, 2011 | Dawn N Grob | Telephone call to Defendant's counsel to discuss rescheduling Rule 16 Conference | 0.2 | $165.00 | $33.00 |
| Aug 7, 2011 | Amy L. Bennecoff | Email from ECF with Entry of Appearance for M. Williamson | 0.1 | $300.00 | $30.00 |
| Aug 8, 2011 | Amy L. Bennecoff | Email to M.Williamson re: Joint Discovery Plan previously forwarded to Mr. McCulley | 0.1 | $300.00 | $30.00 |
| Aug 8, 2011 | Amy L. Bennecoff | Email to M.Williamson with discovery requests previously sent to Mr. McCulley | 0.1 | $300.00 | $30.00 |
| Aug 8, 2011 | Craig Thor Kimmel | Review ALB email from 8/4 Re: status | 0.1 | $425.00 | $42.50 |
| Aug 8, 2011 | Craig Thor Kimmel | Communication with M.Williamson re: settlement | 1.9 | $425.00 | $807.50 |
| Aug 8, 2011 | Amy L. Bennecoff | Review email from CTK to M.Williamson with demand | 0.1 | $300.00 | $30.00 |
| Aug 8, 2011 | Dawn N Grob | Received efiled EOA by M. Williamson; copied to Amicus; updated Defendant's counsel's contact info in Amicus to reflect new counsel | 0.1 | $165.00 | $16.50 |
| Aug 9, 2011 | Amy L. Bennecoff | Email to M.Williamson re: status of joint discovery plan; Review response | 0.2 | $300.00 | $60.00 |
| Aug 10, 2011 | Amy L. Bennecoff | Email from M. Williamson with Def's portions of the Joint Discovery Plan completed (0.1); Review and make final revisions to Plaintiff's sections (0.1); Email to M. Williamson (0.1); Review Response (0.1); Email to Judge with Joint Discovery Plan (0.1) | 0.5 | $300.00 | $150.00 |

| Date | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Aug 11, 2011 | Amy L. Bennecoff | Email from M. Williamson with Offer of Judgment (0.1); Review Letter (0.1); Review OOJ (0.1); Email to CTK re: same (0.1); Email to DG re: calendaring response date, updating Amicus, and saving copy of OOJ in Amicus (0.1) | 0.5 | $300.00 | $150.00 |
| Aug 12, 2011 | Dawn N Grob | Copied OOJ to Amicus; calendared response | 0.2 | $165.00 | $33.00 |
| Aug 13, 2011 | Jason Ryan | Email from Client | 0.1 | $155.00 | $15.50 |
| Aug 15, 2011 | Jason Ryan | Email to ALB and CLS re: client email | 0.1 | $155.00 | $15.50 |
| Aug 15, 2011 | Amy L. Bennecoff | Email exchange with JR and CLS re: client looking for status (0.1); Prepare and send email correspondence to client with status (0.5) | 0.6 | $300.00 | $180.00 |
| Aug 15, 2011 | Amy L. Bennecoff | Email to JR re: client email, indicated I responded | 0.1 | $300.00 | $30.00 |
| Aug 15, 2011 | Jason Ryan | Review email from ALB re: client email; Respond | 0.1 | $155.00 | $15.50 |
| Aug 18, 2011 | Amy L. Bennecoff | Email to CTK re: OOJ; Review response | 0.2 | $300.00 | $60.00 |
| Aug 18, 2011 | Craig Thor Kimmel | Email exchange with ALB Re: OOJ | 0.2 | $425.00 | $85.00 |
| Aug 19, 2011 | Amy L. Bennecoff | Discuss OOJ with Client (0.5); Prepare Notice of Acceptance (0.2); Prepare Exhibit to Notice of Acceptance (0.1); Prepare certificate of service (0.1); Email to M. Williamson with Notice of Acceptance of OOJ (0.1); Efile (0.1) | 1.1 | $300.00 | $330.00 |
| Aug 19, 2011 | Amy L. Bennecoff | ECF email re: offer of judgment; Email to JUG to add to Amicus and calendar fee petition due date | 0.2 | $300.00 | $60.00 |
| Aug 19, 2011 | Jacob Ginsburg | Review email from ALB re: OOJ; Update Amicus and add dates to Calendar | 0.1 | $180.00 | $18.00 |
| Aug 19, 2011 | Amy L. Bennecoff | Email from CTK re: OOJ | 0.1 | $300.00 | $30.00 |
| Aug 19, 2011 | Amy L. Bennecoff | Email to JR indicating that OOJ accepted and that a fee petition was filed | 0.1 | $300.00 | $30.00 |
| Aug 19, 2011 | Jason Ryan | Review email from ALB re: OOJ accepted; Update Amicus to reflect settlement in progress | 0.1 | $155.00 | $15.50 |
| Aug 23, 2011 | Amy L. Bennecoff | Email to DG to check if Rule 16 off since OOJ accepted | 0.1 | $300.00 | $30.00 |
| Aug 23, 2011 | Dawn N Grob | Email exchange with ALB re: Rule 16 Conference | 0.1 | $165.00 | $16.50 |
| Aug 25, 2011 | Amy L. Bennecoff | Email from ECF with order dismissing case | 0.1 | $300.00 | $30.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Aug 25, 2011 | Dawn N Grob | Telephone call to Judge's chambers re: Rule 16 hearing; drafted and faxed letter to judge's chambers w/ cc to M. Williamson | 0.4 | $165.00 | $66.00 |
| Aug 25, 2011 | Amy L. Bennecoff | Email from DG re: conference off, she prepared letter about same | 0.1 | $300.00 | $30.00 |
| Aug 25, 2011 | Amy L. Bennecoff | Email from M. Williamson re: Rule 16 off | 0.1 | $300.00 | $30.00 |
| Aug 25, 2011 | Dawn N Grob | Received efiled Order from Court dismissing case; copied to Amicus | 0.1 | $165.00 | $16.50 |
| Aug 26, 2011 | Amy L. Bennecoff | Email to J. Ehrmann requesting he generate a bill for the fee petition in this matter | 0.1 | $300.00 | $30.00 |
| Aug 29, 2011 | Dawn N Grob | Telephone call from judge's chambers; refaxed letter to Court | 0.2 | $165.00 | $33.00 |
| Aug 29, 2011 | Craig Thor Kimmel | Email exchange with M. Williamson re: settlement of attorney's fees | 0.4 | $425.00 | $170.00 |
| Aug 30, 2011 | Jeff Ehrmann | Generate Invoice; Email to ALB | 0.2 | $150.00 | $30.00 |
| Aug 30, 2011 | Amy L. Bennecoff | Review letter from M. Williamson re: fees | 0.1 | $300.00 | $30.00 |
| Aug 30, 2011 | Craig Thor Kimmel | Review letter from M. Williamson re: fees; Respond via email to M. Williamson | 0.2 | $425.00 | $85.00 |
| Sep 1, 2011 | Amy L. Bennecoff | Email from client re: status | 0.1 | $300.00 | $30.00 |
| Sep 7, 2011 | Amy L. Bennecoff | Email exchange with client re: status | 0.2 | $300.00 | $60.00 |
| Sep 9, 2011 | Amy L. Bennecoff | Email exchange with CTK re: fees | 0.2 | $300.00 | $60.00 |
| Sep 9, 2011 | Craig Thor Kimmel | Email exchange with ALB re: fees | 0.2 | $425.00 | $85.00 |
| Sep 16, 2011 | Amy L. Bennecoff | Prepare Certifications of N. Bontrager and A. Radbil and Email to them for Review (0.5) | 0.5 | $300.00 | $150.00 |
| Sep 18, 2011 | Amy L. Bennecoff | Review Invoice for Fee Petition, Remove and Redact Entries using Billing Judgment (0.4); Prepare Certifications of ALB, CTK and SY (0.6); Prepare COS (0.1); Prepare Motion (0.3); Prepare Brief (1.4); Finalize Certifications (0.1); Prepare Exhibits (0.4) | 3.3 | $300.00 | $990.00 |
| | | | **Total File Time** | | **Bill Total** |
| | | | 27.7 | | $8,203.50 |